**CT** CORPORATION

October 14, 2005

Warren Gorman
5530 Wisconsin Avenue,
#1209,
Chevy Chase, MD 20815

Re: Mozella D. Jones, Pltf. vs. Hartford Insurance Company, et al., Dfts.
Case No. 1:05CV01986

Dear Sir/Madam:

We are herewith returning the Summons, Notice of Right to Consent to Trial Before a United States
Magistrate Judge, Complaint, Jury Demand and Initial Electronic Case Filing Order which we received
regarding the above captioned matter.

Hartford Insurance Company is not listed on our records or on the records of the State of DC.

Very truly yours,

Mark Diffenbaugh
Fulfillment Manager

Log# 510619631

cc: United States District Court for the District of Columbia
333 Constitution Avenue, N.W.,
Washington, DC 20001

cc: New York SOP Support

Federal Express Tracking #7925 5374 2573

1015 15th Street NW
Suite 1000
Washington, DC 20005-2606
Tel. 202 572 3133
Fax 202 572 9633

A WoltersKluwer Company

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mozella Jones

### SUMMONS IN A CIVIL CASE

V.

Hartford Insurance company et al

CASE N~

CASE NUMBER  1:05CV01986

JUDGE: Henry H. Kennedy

DECK TYPE: Contract

DATE STAMP: 10/07/2005

TO: (Name and address of Defendant)

Hartford Insurance Company
serve CT corporation system
1015 15th street N.W. suite 1000
Washington D.C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Warren Gorman
5530 wisconsin avenue #1209
cheoy chase md 20815

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT - 7 2005

CLERK                                          DATE

_Meleen Higgins_

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk of Court

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC § 636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned to all purposes to a Magistrate Judge.

CO-942A
Rev. 7/99

J E. GORMAN
NEY AT LAW
IEVY CHASE BUILD
CONSIN AVENUE
, MARYLAND 208



**CERTIFIED MAIL**

7003 2260 0006 7392 1633



UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
BETHESDA, MD
20815
OCT 09 '05
AMOUNT
$4.65
0005596-04

0000    20005



RETURN RECEIPT
REQUESTED

Hartford Insurance Company
**Serve:** C T Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C.  20005

20005+2621-50  C033