IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 1:05CV01986 |
| HARTFORD INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

NOTICE OF ENTRY OF APPEARANCE
OF QUAGLIANO & SEEGER, P.C. AS COUNSEL
FOR DEFENDANT PAS FINANCIAL GROUP, INC.

Please note the appearance of the undersigned as counsel for Defendant PAS Financial Group, Inc. ("PAS").

**QUAGLIANO & SEEGER, P.C.**

\_\_\_/s/ Julie Quagliano_____
Julie Quagliano, DC Bar #393428
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com
**Counsel for Defendant PAS Financial Group**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, on October 21, 2005, to

Warren E. Gorman, Esq.
5530 Wisconsin Avenue
Suite 1209
Chevy Chase MD 20815
Phone: 301-654-5757
Fax: 301-654-2245
**Counsel for Plaintiff**

Hartford Insurance Company
C/o CT Corporation System
1015 15th Street, NW
Suite 1000
Washington DC  20005
**Defendant**

     /s/ Julie Quagliano
Julie Quagliano