IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:05CV 1986 |
| | | Judge Henry H. Kennedy |
| HARTFORD INSURANCE COMPANY, *et al.*, | * | |
| Defendants. | * | |

**PRAECIPE REGARDING TIME EXTENSION**
**TO FILE RESPONSIVE PLEADINGS**

TO THE CLERK OF THE COURT:

Please be advised that the parties have agreed to a thirty (30) day extension of time for Defendant PAS Financial Group, Inc. ("PAS"), to file its answer or other responsive pleadings, to and including November 30, 2005. Defendant PAS has requested policy information from Plaintiff so it can investigate Plaintiff's claims.

Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

/s/ Michael C. Zisa

_____
Julie Quagliano (D.C. #393428)
Michael C. Zisa (D.C. #467724)
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax:    (202) 822-6982
**Counsel for Defendant PAS Financial Group, Inc.**

**CERTIFICATE OF SERVICE**

2

     I hereby certify that a copy of the foregoing was file through the Court ECF system and sent by first class mail, postage prepaid, on October 28, 2005, to:

>Warren E. Gorman, Esq.
>5530 Wisconsin Avenue
>Suite 1209
>Chevy Chase, Maryland  20815
>**Counsel for Plaintiff**

                                /s/ Michael C. Zisa
                                _____
                                Michael C. Zisa