IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOZELLA D. JONES,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. 1:05CV 1986 |
| | | Judge Henry H. Kennedy |
| **HARTFORD INSURANCE COMPANY,** *et al.,* | * | |
| **Defendants.** | * | |

**CONSENT MOTION FOR TIME EXTENSION**
**TO FILE RESPONSIVE PLEADINGS**

Defendant PAS Financial Group, Inc. ("PAS"), by and through counsel, pursuant to Local Rule 6, and with consent of Plaintiff Mozella D. Jones ("Jones"), hereby respectfully request this Honorable Court to grant a thirty (30) day extension of time for PAS to file responsive pleading, and in support thereof states as follows:

1. PAS was served with the Complaint on October 11, 2005.

2. Defendant PAS has requested policy information from Plaintiff Jones so PAS can investigate Plaintiff Jones' claims in order for PAS to file an answer or other responsive pleading.

3. Plaintiff Jones consents to a thirty (30) day extension of time for Defendant PAS to file its answer or other responsive pleadings, to and including November 30, 2005.

WHEREFORE, Defendant PAS Financial Group, Inc. respectfully requests that this Honorable Court grant its consent motion for an extension of time to file its answer or other responsive pleading.

Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

/s/ Michael C. Zisa
_____
Julie Quagliano (D.C. #393428)
Michael C. Zisa (D.C. #467724)
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax:    (202) 822-6982
**Counsel for Defendant PAS Financial Group, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was file through the Court ECF system and sent by first class mail, postage prepaid, on October 31, 2005, to:

Warren E. Gorman, Esq.
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland  20815
**Counsel for Plaintiff**

/s/ Michael C. Zisa
_____
Michael C. Zisa