IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOZELLA D. JONES,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. 1:05CV 1986 |
| | | **Judge Henry H. Kennedy** |
| **HARTFORD INSURANCE COMPANY,** *et al.,* | * | |
| **Defendants.** | * | |

## ORDER

UPON CONSIDERATION of Defendant PAS Financial Group, Inc.'s ("PAS") Consent Motion for Time Extension to File Responsive Pleadings, it is this _____ day of _____, 2005 hereby

ORDERED that PAS's Consent Motion for Time Extension to File Responsive Pleadings be and hereby is GRANTED in its entirety; and it is further

ORDERED that PAS have until and including November 30, 2005 in which to file a responsive pleading to the Complaint of Plaintiff Mozella D. Jones.

SO ORDERED.

_____
Judge, U.S. District Court for the District of Columbia