IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | * | |
|     Plaintiff, | * | |
| v. | * | C.A. No. 1:05CV01986 |
| HARTFORD INSURANCE COMPANY, et al., | * | |
|     Defendants. | * | |

**DEFENDANT PAS FINANCIAL GROUP, INC.'S**
**ANSWER AND GROUNDS OF DEFENSE**

Defendant PAS Financial Group, Inc. ("Defendant" or "PAS Financial"), by counsel, Quagliano & Seeger, P.C., for its answer to the Complaint states upon information and belief as follows:

**COUNT 1 – DECLARATORY JUDGMENT**

1. The allegations of Paragraph 1 of the Complaint state conclusions of law to which no response is required.

2. Defendant is without knowledge or information sufficient to form a belief to the truth of the allegations of Paragraph 2 of the Complaint.

3. Defendant is without knowledge or information sufficient to form a belief to the truth of the allegations of Paragraph 4 of the Complaint.

4. Admitted.

5. In regard to the allegations of Paragraph 5 of the Complaint, Defendant admits, upon information and belief, that Henry Thompson was insured pursuant to a policy issued in December 2000, which policy has a face value of $100,000. Defendant

is without knowledge or information sufficient to form a belief to the truth of the remaining allegations of Paragraph 5.

6. Defendant is without knowledge or information sufficient to form a belief to the truth of the allegations of Paragraph 6 of the Complaint.

7. In regard to the allegations of Paragraph 7 of the Complaint, Defendant admits that the insured has died, but it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of said Paragraph.

8. In regard to the allegations of Paragraph 8 of the Complaint, Defendant admits that at the time the policy was purchased, the insurance carrier was Provident Accident and Life Insurance Company ("Provident").

9. Defendant admits the allegations of Paragraph 9 of the Complaint.

10. In regard to the allegations of Paragraph 10 of the Complaint, Defendant admits that at the time of Mr. Thompson's death, the policy was insured by Hartford Life and Accident Insurance Company and that Defendant PAS was administrator of the policy when it was originally purchased and the insurance carrier was Provident. Defendant PAS denies the remaining allegations in Paragraph 10 and any allegations inconsistent with the foregoing.

11. In regard to the allegations of Paragraph 11 of the Complaint, Defendant admits that it could find no documentation naming Plaintiff as a beneficiary under the policy, but it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of said paragraph.

12. Upon information and belief, Defendant admits that Plaintiff's contention is

as stated in Paragraph 12 of the Complaint, but it is without knowledge or information sufficient to form a belief as to the truth of the accuracy of that contention and therefore denies the allegations of said Paragraph.

WHEREFORE, Defendant PAS Financial Group, Inc., respectfully requests that Plaintiff's Complaint be dismissed, with prejudice, and that Defendant PAS be awarded its costs and expenses, including reasonable attorneys fees, in defending this action and for such other relief that this Honorable Court deems just and proper.

## COUNT II - NEGLIGENCE

13. As its response to Paragraph 13 of the Complaint, Defendant incorporates its responses to Paragraphs 1-12 as though fully set forth herein.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 of the Complaint.

15. Denied.

16. Denied.

WHEREFORE, Defendant PAS Financial Group, Inc., respectfully requests that Plaintiff's Complaint be dismissed, with prejudice, and that Defendant PAS be awarded its costs and expenses, including reasonable attorneys fees, in defending this action and for such other relief that this Honorable Court deems just and proper.

## COUNT III – BREACH OF CONTRACT

17. As its response to Paragraph 17 of the Complaint, Defendant incorporates its responses to Paragraphs 1-16 as though fully set forth herein.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 of the Complaint.

19. Denied.

20. Denied.

21. Defendant PAS denies all allegations not expressly admitted herein.

WHEREFORE, Defendant PAS Financial Group, Inc., respectfully requests that Plaintiff's Complaint be dismissed, with prejudice, and that Defendant PAS be awarded its costs and expenses, including reasonable attorneys fees, in defending this action and for such other relief that this Honorable Court deems just and proper.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

1. Defendant PAS is not indebted or liable to Plaintiff as alleged, or in any other manner.

2. The Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff's claims are barred by the doctrines of contributory negligence and/or assumption of risk.

4. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

5. Plaintiff fails to set forth a claim for attorneys' fees or costs.

6. Defendant reserves the right to assert all defenses that may be available based upon facts as they become known through discovery or during any trial of this matter.

QUAGLIANO & SEEGER, P.C.

\_\_\_/s/ Julie Quagliano_____
Julie Quagliano, DC Bar #393428
Michael C. Zisa, DC Bar #467724
2620 P Street, N.W.
Washington, D.C.  20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com
**Counsel for Defendant PAS Financial Group**

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed with the Court's electronic case filing system and served upon counsel through the ECF system on November 30, 2005, to:

      Warren E. Gorman, Esq.
      5530 Wisconsin Avenue
      Suite 1209
      Chevy Chase MD  20815
      Phone:  301-654-5757
      Fax:  301-654-2245

      **Counsel for Plaintiff Mozella**

      Mary C. Zinsner, Esq.
      Troutman Sanders LLP
      1660 International Drive
      Suite 600
      McLean, VA  22102
      Phone (703) 734-4334
      Fax (703) 734-4340

      David E. Constine, III, Esq.
      Troutman Sanders LLP
      1001 Haxall Point
      Richmond, VA  23219
      Phone: (804) 697-1200
      Fax (804) 697-1339

      **Counsel for Defendant Hartford Life & Accident Insurance Company**

                                /s/ Julie Quagliano
                                Julie Quagliano