IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, | ) |
|       Plaintiff, | ) |
| v. | )   CIVIL NO. 1:05CV01986-HHK |
| HARTFORD INSURANCE COMPANY | ) |
| and | ) |
| PAS FINANCIAL GROUP, INC., | ) |
|       Defendants. | ) |

**[PROPOSED] SCHEDULING ORDER**

The parties propose the following schedule:

1.  Deadline for filing motions for leave to amend pleadings and to add additional parties: _____, 2006.

2.  Rule 26(a)(1) Initial Disclosures:  This requirement has been dispensed with by the parties.

3.  Deadline for close of discovery:  120 days after all additional parties joined in this case have either filed responsive pleadings or are in default, or 120 days after the last day on which a guardian *ad litem* is appointed by the Court for any minor child who is joined as a party to this case, whichever is later.

4.  Deadline for filing dispositive motions:  Within 30 days following the close of discovery.

5.  Pretrial conference:  Within 30 days following the Court's ruling on any summary judgment motions filed by the parties, or, in the event that no summary judgment motions are

filed, within 30 days following the close of discovery.

      6.    Except as modified herein, all deadlines set forth in the Federal Rules of Civil Procedure or the Local Civil Rules of this Court shall apply to this case.

DATED: _____         _____
                                                                                              United States District Judge

Respectfully submitted,

   /s/ Warren E. Gorman                    /s/ Mary C. Zinsner
Warren E. Gorman, Esquire                Mary C. Zinsner, DC Bar No. 430091
5530 Wisconsin Avenue, Suite 1209      Troutman Sanders LLP
Chevy Chase, MD 20815                     1660 International Drive, Suite 600
                                              McLean, VA 22102
Counsel for Plaintiff                            (703) 734-4334
                                              FAX (703) 734-4340

                                              David E. Constine, III, VA State Bar No. 23223
                                              Andrew P. Sherrod, VA State Bar No. 45854
                                              Troutman Sanders LLP
                                              1001 Haxall Point
                                              Richmond, Virginia 23219
                                              (804) 697-1200
                                              FAX (804) 697-1339

                                              Counsel for Defendant Hartford Life & Accident Insurance Company(erroneously referred to in the Complaint as "Hartford Insurance Company")

                                                  /s/ Julie A. Quagliano
                                              Julie Ann Quagliano, Esquire
                                              Quagliano & Seeger, PC
                                              2620 P Street, NW
                                              Washington, DC 20007

                                              Counsel for Defendant PAS Financial Group, Inc.

#279262v1