IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HARTFORD INSURANCE COMPANY )<br>)<br>and )<br>)<br>PAS FINANCIAL GROUP, INC., )<br>)<br>　　　　Defendants. ) | CIVIL NO. 1:05CV01986-HHK<br>**Next Scheduled Event:  Status Conference on December 15, 2006** |

**MOTION FOR *PRO HAC VICE* ADMISSION**
**PURSUANT TO LOCAL CIVIL RULE LCvR83.2(d)**

Pursuant to LCvR83.2(d), Mary C. Zinsner, a member in good standing of the Bar of this Court, respectfully moves for an order granting the admission *pro hac vice* of Andrew P. Sherrod of the law firm of Troutman Sanders LLP for the purposes of representing defendant Hartford Life & Accident Insurance Company (erroneously referred to in the Complaint as "Hartford Insurance Company") in the above-styled action, and, in support of the motion, states the following:

　　　　1.　　My name is Mary Catherine Zinsner.  I am a member in good standing of the Bar of this Court, having been admitted on October 7, 1991.

　　　　2.　　I hereby move for the admission *pro hac vice* of Andrew P. Sherrod.

　　　　3.　　In support of the motion, appended at **Exhibit A** is a Declaration from Mr. Sherrod.  Appended at **Exhibit B** is a proposed order.

WHEREFORE, Mary C. Zinsner respectfully requests that this honorable Court grant this motion and enter its order admitting Andrew P. Sherrod *pro hac vice,* and waiving my

appearance at any hearings or trial; and for such other and further relief as is proper under the circumstances.

        Respectfully submitted,

        _____/s/ Mary C. Zinsner_____
        Mary C. Zinsner, DC Bar No. 430091
        TROUTMAN SANDERS LLP
        1660 International Drive, Suite 600
        McLean, Virginia  22102
        Telephone:  (703) 734-4363
        Facsimile:  (703) 734-4340
        mary.zinsner@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of February 2006, a copy of the foregoing Motion was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**


_____/s/ Mary C. Zinsner_____

#1437742