IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, | ) |
|       Plaintiff, | ) |
| v. | )   CIVIL NO. 1:05CV01986-HHK |
| HARTFORD INSURANCE COMPANY | ) |
| and | ) |
| PAS FINANCIAL GROUP, INC., | ) |
|       Defendants. | ) |

**DECLARATION OF ANDREW P. SHERROD**

I, Andrew P. Sherrod, do hereby declare as follows based upon personal knowledge:

1. My full name is Andrew Philip Sherrod. I am an associate in the law firm of Troutman Sanders LLP, 1001 Haxall Point, P. O. Box 1122, Richmond, Virginia 23218; telephone number: (804) 697-1231.

2. I am a member in good standing of the Virginia State Bar and admitted to practice before the following courts: the Supreme Court of Virginia and all Virginia lower courts; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the Eastern District of Virginia; and the United States District Court for the Western District of Virginia.

3. I certify that I have not been disciplined by the bar for the United States District Court for the District of Columbia or any other bar.

4. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

2

     5.       I am not a member of the District of Columbia bar, nor do I have any applications for membership pending for admission to the United States District Court for the District of Columbia.

     7.       I am familiar with the local rules of the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 14th day of February, 2006.

                                                  /s/ Andrew P. Sherrod
                                              Andrew P. Sherrod

#1437747