IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOZELLA D. JONES,                          )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )        CIVIL NO. 1:05CV01986-HHK
                                           )
HARTFORD INSURANCE COMPANY                 )
                                           )
and                                        )
                                           )
PAS FINANCIAL GROUP, INC.,                 )
                                           )
                    Defendants.            )

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of Mary C. Zinsner, a member in good standing of the Bar of this Court, pursuant to LCvR83.2(d), for an order granting the admission *pro hac vice* of Andrew P. Sherrod of the firm of Troutman Sanders LLP for the purposes of representing defendant Hartford Life & Accident Insurance Company in the above-styled action. Upon consideration of the motion, for good cause shown, it is hereby

ORDERED that the *pro hac vice* motion is GRANTED and Andrew P. Sherrod of the law firm Troutman Sanders LLP may appear as counsel for defendant Hartford Life & Accident Insurance Company in all proceedings in this matter.

Entered this _____ day of _____, 2006.


_____
U.S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339

      Counsel for Hartford Life & Accident Insurance Company

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
(301) 654-5757
FAX:  (301) 654-2245

      Counsel for Plaintiff Mozella D. Jones

Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
(202) 298-7612
FAX (202) 298-7897

      Counsel for Defendant PAS Financial Group