IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:05CV01986-HHK |
| ) | **Next-Scheduled Court Event: Status** |
| HARTFORD INSURANCE COMPANY ) | **Conference on December 15, 2006** |
| ) | |
| and ) | |
| ) | |
| PAS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF SEALED DOCUMENTS**

PLEASE TAKE NOTICE that, on this 22nd day of March, 2006, Hartford Life & Accident Insurance Company ("Hartford") (erroneously referred to in the Complaint as "Hartford Insurance Company"), by counsel, filed, via hand delivery, the following documents with the Clerk of Court UNDER SEAL:

1. First Amended Answer and Counterclaim of Hartford Life and Accident Insurance Company (Exhibit 1 to the Motion of Hartford Life and Accident Insurance Company for Leave to Amend Its Answer to Add Counterclaim Naming Additional Parties).

2. Summonses addressed to three Counterclaim defendants who are minor children.

Redacted versions of the above-referenced sealed documents are attached as **Exhibits 1** and **2** to the Motion of Hartford Life and Accident Insurance Company for Leave to File Its Counterclaim and Certain Summonses Under Seal.

                                            HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

                                        By _____/s/ Mary C. Zinsner_____
                                                     Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

      Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of March 2006, a copy of the foregoing Notice was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

> Warren E. Gorman, Esquire
> 5530 Wisconsin Avenue, Suite 1209
> Chevy Chase, MD  20815
> **Counsel for Plaintiff Mozella Jones**
>
> and
>
> Julie Quagliano, Esquire
> Michael C. Zisa, Esquire
> Quagliano & Seeger, P.C.
> 2620 P Street, N.W.
> Washington, D.C.  20007
> **Counsel for Defendant PAS Financial Group, Inc.**

_____/s/ Mary C. Zinsner_____

#1434520