IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD INSURANCE COMPANY )<br>)<br>and )<br>)<br>PAS FINANCIAL GROUP, INC., )<br>)<br>Defendants. ) | CIVIL NO. 1:05CV01986-HHK<br>**Next-Scheduled Court Event: Status Conference on December 15, 2006** |

## CONSENT MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY FOR LEAVE TO FILE ITS COUNTERCLAIM AND CERTAIN SUMMONSES UNDER SEAL

Hartford Life & Accident Insurance Company ("Hartford") (erroneously referred to in the Complaint as "Hartford Insurance Company"), by counsel, pursuant to Local Civil Rules LCvR 5.1(j) and 5.4(f) of the United States District Court for the District of Columbia, hereby moves this Court for leave to SEAL the First Amended Answer and Counterclaim of Hartford Life and Accident Insurance Company (the "Counterclaim") (Exhibit 1 to the Consent Motion of Hartford Life and Accident Insurance Company for Leave to Amend Its Answer to Add Counterclaim Naming Additional Parties) and certain summonses naming minor children defendants to the Counterclaim, all filed contemporaneously herewith, as well as any subsequent returns of service for summonses naming the minor children defendants to the Counterclaim, in order to prevent public disclosure of the names of minor children who are joined as parties to the Counterclaim. Redacted versions of the Counterclaim and the summonses are attached hereto as **Exhibits 1** and **2** respectively. The reasons for Hartford's motion are more fully explained in the

accompanying non-Confidential Memorandum of Points and Authorities. A proposed Order is attached hereto as **Exhibit 3**.

Hartford has conferred with counsel for Plaintiff and for Co-Defendant PAS Financial, Inc., and reports that neither of those parties opposes this motion.

WHEREFORE, Hartford requests that the Court enter an Order allowing for the filing UNDER SEAL of the Counterclaim and certain summonses naming minor children defendants to the Counterclaim, as well of as any subsequent returns of service for summonses naming such minor children defendants to the Counterclaim.

> HARTFORD LIFE & ACCIDENT INSURANCE COMPANY
>
> By _____/s/ Mary C. Zinsner_____
>     Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of March 2006, a copy of the foregoing Motion was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**

_____/s/ Mary C. Zinsner_____

#1434514