**EXHIBIT 3**
**1:05CV01986-HHK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD INSURANCE COMPANY )<br>)<br>and )<br>)<br>PAS FINANCIAL GROUP, INC., )<br>)<br>Defendants. ) | CIVIL NO. 1:05CV01986-HHK<br>**Next-Scheduled Court Event:  Status Conference on December 15, 2006** |

## ORDER SEALING HARTFORD'S
## COUNTERCLAIM AND CERTAIN SUMMONSES

This matter is before the Court on the Motion of Hartford Life and Accident Insurance Company for Leave to File Its Counterclaim and Certain Summonses Under Seal ("the Motion").

WHEREAS, Hartford has submitted to the Court for filing its First Amended Answer and Counterclaim (the "Counterclaim"), seeking interpleader to resolve multiple inconsistent claims to the proceeds of a certain life insurance policy referenced in the Counterclaim; and

WHEREAS, it is necessary for Hartford to include the potential claimants to the proceeds of the policy as defendants to the Counterclaim for interpleader; and

WHEREAS, Hartford has submitted summonses to be issued by the Clerk for service upon the individuals that Hartford seeks to join as defendants to its Counterclaim for interpleader; and

WHEREAS, three of the potential claimants named as defendants in the Counterclaim for interpleader are minor children; and

WHEREAS, Local Civil Rule LCvR 5.4(f) of this Court states that if a party wishes to file a document containing unredacted personal identifiers, such as the names of minor children, the party may file an unredacted document under seal; and

WHEREAS, it is necessary to identify the minor children by name in the Counterclaim and on certain summonses issued in connection with the Counterclaim, rather than using initials, because said minor children are parties defendant to the Counterclaim; and

WHEREAS, Hartford has publicly filed, as exhibits to its Motion, redacted versions of the Counterclaim and those summonses identifying the minor children; and

WHEREAS, the Court has considered the relevant factors articulated by the United States Court of Appeals for the District of Columbia Circuit in assessing whether the Counterclaim and the tendered summonses naming the minor children (as well as any subsequently filed returns of service for such summonses) should be sealed and has determined that those factors weigh in favor of sealing the Counterclaim and those certain summonses (and subsequent returns of service) naming the minor children defendants (e.g., the need for public access to the sealed documents is minimal, given that redacted versions of those documents have been publicly filed; there has been no previous public access to the sealed documents; and there is a strong privacy interest in protecting the identities of minor children named in court papers, as reflected by this Court's local rules); and

WHEREAS the Court finds that good cause has been shown to seal the Counterclaim and those certain summonses naming the minor children defendants to the Counterclaim, as well as any subsequently filed returns of service for such summonses, and that the interests of justice require that those documents be sealed;

It is hereby ORDERED that the Counterclaim and the summonses filed in this action identifying minor children by name (as well as any subsequently filed returns of service for such summonses) shall be filed UNDER SEAL and shall remain UNDER SEAL until such time as the minor children reach the age of majority.

The Clerk of the Court is hereby directed to send a copy of this Order to all parties and counsel of record.

ENTERED:      /      /

_____
U. S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339

    Counsel for Hartford Life & Accident Insurance Company

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD 20815
(301) 654-5757
FAX: (301) 654-2245

    Counsel for Plaintiff Mozella D. Jones

Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
(202) 298-7612
FAX (202) 298-7897

    Counsel for Defendant PAS Financial Group

#1434537