IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:05CV01986-HHK |
| ) | **Next-Scheduled Court Event: Status** |
| HARTFORD INSURANCE COMPANY ) | **Conference on December 15, 2006** |
| ) | |
| and ) | |
| ) | |
| PAS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY FOR LEAVE TO AMEND ITS ANSWER TO ADD COUNTERCLAIM
NAMING ADDITIONAL PARTIES**

Hartford Life & Accident Insurance Company ("Hartford") (erroneously referred to in the Complaint as "Hartford Insurance Company"), by counsel, pursuant to Rule 13 of the Federal Rules of Civil Procedure, hereby moves this Court for leave to amend its Answer to add a Counterclaim for interpleader against the plaintiff and to join four additional parties as defendants to the Counterclaim for interpleader. Hartford's proposed First Amended Answer and Counterclaim is set forth as **Exhibit 1**. The reasons supporting Hartford's motion are more fully explained in the accompanying Memorandum of Points and Authorities. A proposed Order is attached hereto as **Exhibit 2**.

Pursuant to Local Rule LCvR 7(m) of the United States District Court for the District of Columbia, Counsel for Hartford has conferred with counsel for the Plaintiff and for co-Defendant PAS Financial Group, Inc., and reports that neither of those parties opposes this motion.

WHEREFORE, Hartford requests that the Court grant its motion and enter an Order allowing it to file its First Amended Answer and Counterclaim against the Plaintiff and against Derrell F. Thompson, T.J., D.T. and M.T.[1]

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

By ____/s/ Mary C. Zinsner____
      Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

    Counsel for Hartford Life & Accident Insurance Company

---

[1] Three of the individuals referenced above that Hartford seeks to make parties defendant to its Counterclaim for interpleader are minor children. Therefore, pursuant to Local Civil Rule LCvR 5.4(f) of the United States District Court for the District of Columbia, those parties are referred to herein only by their initials. The full names of these individuals are set forth in Hartford's proposed Counterclaim, which has been submitted for filing UNDER SEAL.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2006, true copies of the foregoing Motion and Exhibits were mailed, first-class, postage-prepaid, to

>Warren E. Gorman, Esquire
>5530 Wisconsin Avenue, Suite 1209
>Chevy Chase, MD 20815
>**Counsel for Plaintiff Mozella Jones**

and

>Julie Quagliano, Esquire
>Michael C. Zisa, Esquire
>Quagliano & Seeger, P.C.
>2620 P Street, N.W.
>Washington, D.C. 20007
>**Counsel for Defendant PAS Financial Group, Inc.**

and that a copy of the foregoing Motion and Exhibits (except for Exhibit 1, which was filed UNDER SEAL with the Clerk by hand) was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to the above-named counsel.

_____/s/ Mary C. Zinsner_____

#1434983

3