IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CIVIL NO. 1:05CV01986-HHK |
| HARTFORD INSURANCE COMPANY | ) **Next-Scheduled Court Event: Status** ) **Conference on December 15, 2006** |
| and | ) ) |
| PAS FINANCIAL GROUP, INC., | ) ) |
|     Defendants. | ) ) |

# UNDER SEAL DOCUMENTS

First Amended Answer and Counterclaim of Hartford Life and Accident Insurance Company (Exhibit 1 to the Motion of Hartford Life and Accident Insurance Company for Leave to Amend Its Answer to Add Counterclaim Naming Additional Parties)