**EXHIBIT 2**
**1:05CV01986-HHK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:05CV01986-HHK |
| ) | **Next-Scheduled Court Event: Status** |
| HARTFORD INSURANCE COMPANY ) | **Conference on December 15, 2006** |
| ) | |
| and ) | |
| ) | |
| PAS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING HARTFORD LEAVE TO AMEND TO ADD COUNTERCLAIM**

This matter is before the Court on the Consent Motion of Hartford Life & Accident Insurance Company for Leave to Amend its Answer to Add Counterclaim Naming Additional Parties ("the Motion"). Upon consideration of the Motion and accompanying memorandum, for good cause shown and in the interests of justice, it is hereby

ORDERED that the Motion is GRANTED and that (1) the First Amended Answer and Counterclaim of Hartford Life and Accident Insurance Company, attached as Exhibit 1 to the Motion and submitted UNDER SEAL, shall be, and hereby is, deemed filed and served by mail on Plaintiff and PAS Financial Group, Inc. on this date and (2) Derrell F. Thompson, T.J., D.T. and M.T shall be, and hereby are, joined as parties defendant to the Counterclaim.[1]

---

[1] Pursuant to Local Rule LCvR 5.4 (f), three of the parties added as defendants to Hartford's Counterclaim are referred to herein by their initials because they are minor children. The full names of these defendants are set forth in Hartford's Counterclaim, which has been filed UNDER SEAL.

The Clerk of the Court is hereby directed to issue process for service upon Derrell F. Thompson, T.J., D.T. and M.T, and the Clerk is further directed to send a copy of this Order to all counsel of record.

ENTERED:      /      /

_____
U. S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339

    Counsel for Hartford Life & Accident Insurance Company

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD 20815
(301) 654-5757
FAX: (301) 654-2245

    Counsel for Plaintiff Mozella D. Jones


Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
(202) 298-7612
FAX (202) 298-7897

    Counsel for Defendant PAS Financial Group



#1438521

3