**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

\

MOZELLA D. JONES,

        Plaintiff,

        v.                                   Civil No.1:05CVO1986
                                              Judge Henry H. Kennedy

HARTFORD LIFE  AND ACCIDENT INSURANCE
COMPANY, ET. AL.,

        Defendants.

_____

**MOTION TO AMEND COMPLAINT
AND ADD DEFENDANTS**

COMES NOW, the plaintiff, Mozella D. Jones, by and through her attorney, requests this Honorable Court for permission to file a Second Amended Complaint and as reasons therefore states as follows:

Plaintiff has filed a cause of action for Declaratory Judgment, Breach of Contract, and Negligence.  Plaintiff wishes to add as defendants Provident Life and Accident Insurance Company, Association Group Insurance Administrators and A.G.I.A., Inc and make other changes.  The insurance company was the company that originally sold the insurance contract to the deceased.  Counsel also wants to add defendants Association Group Insurance Administrators and A.G.I.A., Inc.  Counsel also wishes to add Hartford Life and Accident Insurance Company in Counts Two and Three.  No discovery has been filed as of the date of this pleading and no time limits for an amendment has been set, pursuant to local Rule 16.  The defendants will not be prejudiced by the filing of this Motion.

Counsel has attempted to obtain consent from defendants Hartford Life and Accident

Insurance Company and Pas Financial Group, Inc.  Plaintiff has not received consent to file this

Motion.

WHEREFORE, plaintiff prays this Honorable Court will grant her permission to file a

second  Amended Complaint and add defendants.

Respectfully submitted,

_____
WARREN E. GORMAN, ESQ., #172213
Attorney for Plaintiff
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
(301) 654-5757

## POINTS AND AUTHORITIES

1.    Local Rule 7(i) of the Rules of the United States District Court for the District of

Columbia.

2.    Local Rule 16.3(c)(2) of the Rules of the United States District Court for the

District of Columbia.

_____
WARREN E. GORMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  _____ day of March, 2006.  a copy of the
foregoing Motion to Amend Complaint was mailed to: **JULIE  QUAGLIANO, ESQ.,** 2620 P
Street, N.W., Washington, D.C. 20007, Counsel for Pas Financial Group, Inc. and **MARY
ZINSNER, ESQ.,** , International Drive, Suite 600, McLean, VA  22102, Attorney for Hartford
Life and Accident Insurance Company.

_____
WARREN E. GORMAN

2