IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MOZELLA D. JONES,

        Plaintiff,

        v.                                              Civil No.1:05CVO1986

HARTFORD LIFE AND ACCIDENT INSURANCE     Judge Henry H. Kennedy
COMPANY, ET. AL.,

        Defendants.

_____

**O R D E R**

      Upon consideration of the Motion to Amend the Complaint and add defendants, it is this

_____ day of _____, 2006

      **ORDERED,** that the Motion to Amend the Complaint and add defendants is granted**.**

                                                          _____
                                                                   JUDGE

*Copies to:*

Julie Quagliano, Esq.
2620 P Street, N.W.
Washington, D.C. 20007

Mary Zinsner, Esq.
International Drive, Suite 600
McLean, VA 22102

Warren E. Gorman, Esq.
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD 20815