IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARTFORD LIFE AND ACCIDENT ) <br> INSURANCE COMPANY, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL NO. 1:05CV01986-HHK <br> **Next-Scheduled Court Event:  Status Conference on December 15, 2006** |

**MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO DISMISS COUNT II OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Hartford Life and Accident Insurance Company ("Hartford"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Count II of the Second Amended Complaint filed by Plaintiff Mozella D. Jones for the reason that Count II fails to state a claim upon which relief can be granted against Hartford.[1] The reasons supporting Hartford's motion are more fully explained in the accompanying Memorandum of Points and Authorities.  A proposed Order is attached hereto as **Exhibit 1**.

WHEREFORE, Hartford requests that the Court grant its motion and enter an Order dismissing Count II of the Second Amended Complaint as against Hartford.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

By _____/s/ Mary C. Zinsner_____
Of Counsel

---

[1] In Plaintiff's original Complaint, Hartford was erroneously referred as "Hartford Insurance Company."  Plaintiff has attempted to correct this mistake in her Second Amended Complaint.  However, in certain paragraphs of that pleading, Plaintiff refers to "Hartford Life Insurance Company."  *See, e.g.,* ¶¶ 23, 26, 27.  It is Hartford Life and Accident Insurance Company that is the proper party here.  It should also be noted that, although Plaintiff has styled her pleading as her "Second Amended Complaint," it is actually the first amended complaint filed by Plaintiff in this case.

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia  23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

      Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of May 2006, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**


_____/s/ Mary C. Zinsner_____

#287450v1