IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:05CV01986-HHK |
| | ) | **Next-Scheduled Court Event: Status** |
| HARTFORD LIFE AND ACCIDENT | ) | **Conference on December 15, 2006** |
| INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING HARTFORD'S MOTION TO DISMISS COUNT II
OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

This matter is before the Court on the Motion of Hartford Life and Accident Insurance Company ("Hartford"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count II of Plaintiff's Second Amended Complaint ("the Motion"). Upon consideration of the Motion and accompanying memorandum, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED and that Count II of Plaintiff's Second Amended Complaint shall be, and hereby is, DISMISSED as to Defendant Hartford.

ENTERED:          /          /

_____
U. S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339

    Counsel for Hartford Life & Accident Insurance Company

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
(301) 654-5757
FAX:  (301) 654-2245

    Counsel for Plaintiff Mozella D. Jones


Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
(202) 298-7612
FAX (202) 298-7897

    Counsel for Defendant PAS Financial Group



#287454v1