IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES,          x <br><br>     Plaintiff,          **:** <br><br>     v.          ..**:** <br> HARTFORD LIFE AND ACCIDENT INSURANCE <br> COMPANY, et al.,          **:** <br><br>     Defendants.          ..**:** <br> _____**x** | Civil No.1:05CVO1986 <br><br> Judge Henry H. Kennedy |

## **O R D E R**

Upon consideration of the Motion and Opposition of the Motion of Hartford Life and Accident Insurance Company to Dismiss Count II of Plaintiff's Second Amended Complaint, it is this _____ day of _____, 2006

**ORDERED** that the Motion is denied**.**

 

_____
                                       **JUDGE**