UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOZELLA D. JONES

    Plaintiff

  v.                              CIVIL ACTION NO: 05CV01986 (HHK)

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.

    Defendants

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

THE CLERK OF THE COURT WILL please enter the appearance of Aaron L. Handleman, Esq., Bar No. 48728, as co-counsel for Defendants A.G.I.A., Inc. and Association Group Insurance Administrators in the above-referenced matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

_____/s/_____
Aaron L. Handleman (#48728)
Justin M. Flint (#491782)
2001 S St., N.W., Suite 310
Washington, DC 20009
(202) 857-1696 (Tel.)
(202) 857-0762 (Fax)
*Attorneys for Defendants*
*A.G.I.A., Inc. and*
*Association Group Insurance*
*Administrators*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2006, a true copy of the foregoing Notice of Entry of Apearance of Counsel was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Warren E. Gorman, Esq.
>*Attorney for Plaintiff*
>
>Mary Catherine Zinsner, Esq.
>Andrew Philip Sherrod, Esq.
>TROUTMAN SANDERS LLP
>*Counsel for Hartford Insurance Company and*
>*Hartford Life and Accident Insurance Company*
>
>And
>
>Julie Quagliano, Esq.
>Michael C. Zisa, Esq.
>QUAGLIANO AND SEEGER, P.C.
>*Counsel for PAS Financial Group, Inc.*

>_____/s/_____
>Aaron L. Handleman