IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:05CV01986-HHK |
| ) | **Next-Scheduled Court Event:  Status** |
| HARTFORD LIFE AND ACCIDENT ) | **Conference on December 15, 2006** |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO EXTEND THE TIME FOR SERVICE OF ITS COUNTERCLAIM**

Hartford Life and Accident Insurance Company ("Hartford"), by counsel, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, hereby moves this Court to extend the time for Hartford to serve its Counterclaim upon Counterclaim Defendant M.T. until September 9, 2006.[1]  The current deadline for service under Rule 4(m), which is July 21, 2006, has not yet expired.  No previous extension of the Rule 4(m) service deadline has been requested by Hartford, and the requested extension will not materially affect any other deadlines in this case.  The reasons supporting Hartford's motion are more fully explained in the accompanying Memorandum of Points and Authorities.  A proposed Order is attached hereto as **Exhibit 1**.

Pursuant to Local Rule LCvR 7(m) of the United States District Court for the District of Columbia, Counsel for Hartford has conferred with counsel for co-Defendants PAS Financial Group, Inc., A.G.I.A., Inc. and Association Group Insurance Administrators, the only parties other than Hartford and Plaintiff to have appeared in this case, and reports that counsel

---

[1] The Counterclaim Defendant referred to above as M.T. is a minor child.  Therefore, pursuant to Local Civil Rule LCvR 5.4(f) of the United States District Court for the District of Columbia, said party is referred to herein only by initials.  The full name of the referenced Counterclaim Defendant is set forth in Hartford's Counterclaim, which has previously been filed UNDER SEAL.

for PAS Financial Group, Inc., A.G.I.A., Inc. and Association Group Insurance Administrators have indicated that those parties do not oppose extending the time for Hartford to serve its Counterclaim upon Counterclaim Defendant M.T. until September 9, 2006.  Counsel for Hartford also attempted to confer with counsel for Plaintiff Mozella Jones to determine whether Plaintiff would also consent to the relief requested in this motion, but Counsel for Hartford was unable to reach counsel for Plaintiff prior to filing this motion.  Counsel for Hartford will continue its attempts to reach counsel for Plaintiff to confer as to whether Plaintiff will consent to the requested extension and thereafter will file a Notice with the Court indicating whether or not Plaintiff consents to the motion.

WHEREFORE, Hartford requests that the Court grant its motion and enter an Order enlarging the time within which it may serve its Counterclaim on Counterclaim Defendant M.T. until September 9, 2006.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

By _____/s/ Mary C. Zinsner_____
      Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia  23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

      Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of July 2006, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**

and

Aaron L. Handleman, Esquire
Justin Michael Flint, Esquire
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.**
**and Association Group Insurance Administrators**

_____/s/ Mary C. Zinsner_____

#1522107