CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. ███████

07-14-2006

ALEXANDER G. CRUMP, ESQUIRE
TROUTMAN SANDERS LLP
1001 HAXALL POINT, P.O. BOX 1122
RICHMOND, VA 23219

Mozella D. Jones vs. Hartford Insurance Company, et al.

Case No. 1:05CV01986-HHK

Invoice No.  170486

---

Re: M████ T██████

| | |
|---|---:|
| ATTEMPTED SERVICE OF PROCESS<br>███████████████<br>Silver Spring, Maryland ████ | $70.00 |
| ATTEMPTED SERVICE OF PROCESS ████████████<br>Silver Spring, Maryland ████ | $70.00 |
| LOCATION RESEARCH/RESEARCH MD DMV<br>Mozel Brunson<br>Antionette Rose<br>Yaw Bediako | $200.00<br>$100.00<br>$100.00 |
| PHONE NUMBER TRACE: ████████<br>████████████<br>Columbia, South Carolina ████ | $150.00 |
| PHONE NUMBER TRACE: ███████████<br>██████████████<br>Baltimore, Maryland ████ | $150.00 |
| NARRATIVE AFFIDAVIT | $100.00 |
| BALANCE DUE UPON RECEIPT - | $940.00 |

---

Please write invoice no. 170486 on your check.

Case Comments-


EXHIBIT
1

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MOZELLA D. JONES**

**V.**                                        **CASE NO. 1:05CV1986**

**HARTFORD INSURANCE COMPANY, ET AL.**

### AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, hereby depose and say:

That I am the Custodian of Records of Capitol Process/Investigator Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That the following details the efforts made to locate and serve M▇▇ T▇▇▇▇ c/o Mozel Brunson.

From March 9, 2006 through July 12, 2006, my office has attempted to located and serve M▇▇ T▇▇▇ c/o Mozel Brunson. On or around March 9, I had attempted to find M▇▇ T▇▇▇ c/o Mozel Brunson but I did not pinpoint a viable address at which to serve her.

On May 9, 2006, service papers were received for M▇ T▇▇▇▇ c/o Mozel Brunson. Accordingly, efforts were re-initiated to pinpoint an address for M▇▇ T▇▇▇ c/o Mozel Brunson.

Research was conducted, including research with the Maryland Department of Motor Vehicles, and the following addresses reported as most current for Mozel Brunson:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, **Silver Spring, Maryland** ▇▇▇ – My agent, Frederick Parsons, spoke with the occupant of the apartment who stated that he did not know Mozel Brunson, however. Also, Mr. Parsons, spoke with a neighbor to the apartment. The neighbor did not recognize the name of Mozel Brunson.

▇▇▇▇▇▇▇▇▇▇▇▇▇, **Silver Spring, Maryland** – My agent, Frederick Parsons, spoke with the occupant of the apartment, a man, approximately 25 years old, who stated that he does not know Mozel Brunson and that he has lived at the unit for approximately one year. Also, Mr. Parsons spoke with a neighbor to the apartment. The neighbor did not recognize the name of Mozel Brunson.

As no other viable addresses could be pinpointed for Mozel Brunson, an inquiry was begun in an effort to locate Ms. Brunson through reported associates and/or relatives.

Information was developed that Mozel Brunson is also known as or was formerly known as **Mozel Bediako**. Research further revealed that a **Yaw N. Bediako** reported former addresses at ███████████, ███████ and ███████████, ███████, the same addresses reporting for Mozel Brunson/Bediako.

Yaw Bediako reports a current residence at ████████████, Columbia, South Carolina ████. He reports ownership of the home with Naana S Bediako. The phone to the home is non published but a trace reveals that the phone number is ████ ████. In an initial conversation, Yaw Bediako, indicated that he did not know Ms. Brunson. In a subsequent conversation, today, July 14, Mr. Bediako stated that he had been married to Mozel Brunson. He indicated that he did not know her current whereabouts and that he had not had contact with her for years.

Patricia Brunson at ████████████, Baltimore, Maryland ████ was contacted as it was believed that she may be a relative of Mozel Brunson. She denied being related to Mozel Brunson, however. Her phone number is ████████. It is unclear if what she stated is accurate.

Another possible relative, Antoinette Brunson a.k.a., Antionette Rose, reported three possible addresses. I did not obtain an interview with Antionette Rose. The three potential addresses are:

████████████████, Hyattsville, Maryland ████

████████████████████ ███████, D.C. ████

████████████████, Laurel, Maryland ████

Additionally, phone numbers were found that potentially reported to Ms. Brunson but the numbers researched were found to be former and/or incorrect phone numbers.

To date, I have been unable to pinpoint a viable address for M████ T████ c/o Mozel Brunson.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Scott Kueik

Subscribed and Sworn to before me this 14th day of July, 2006.

Notary Public

My commission expires:     Nicole G. Davis
                           Notary Public, District of Columbia
                           My Commission Expires 01-14-2009