IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, *et al.*, )<br>)<br>    Defendants. ) | CIVIL NO. 1:05CV01986-HHK<br>**Next-Scheduled Court Event:  Status Conference on December 15, 2006** |

## ORDER GRANTING HARTFORD'S MOTION TO EXTEND THE TIME FOR SERVICE OF ITS COUNTERCLAIM

This matter is before the Court on the Motion of Hartford Life and Accident Insurance Company ("Hartford"), pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, to extend the time for service of its Counterclaim ("the Motion").  Upon consideration of the Motion and accompanying memorandum, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED and that Hartford shall have up to and including September 9, 2006, to serve its Counterclaim upon the minor child identified in the Motion as M.T.

ENTERED:      /           /

_____
U. S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339
**Counsel for Hartford Life and Accident Insurance Company**

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
(301) 654-5757
FAX:  (301) 654-2245
**Counsel for Plaintiff Mozella D. Jones**

Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
(202) 298-7612
FAX (202) 298-7897
**Counsel for Defendant PAS Financial Group**

Aaron L. Handleman, Esquire
Justin Michael Flint, Esquire
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.**
**and Association Group Insurance Administrators**

#1522110