# Texas Input Change/Error Images

Report Selection: All Change Record Types

Report run on:   October 25, 2000 1:27 PM

Enrollment Received Date: 23-OCT-00

## 07 Lifestyle Additional Changes

| | |
|---|---|
| Name | MOZELLA D JONES |
| Address | 3320 HUNTLEY SQUARE DR APT A1 |
| | TEMPLE HILLS MD 20748 6241 |

Barcode Id        20015499617
Prospect Id       30942406
Customer Id
Error Description

[Form image: Providian Life and Accident Insurance Company / Bank of America Insurance Services, Inc. enrollment form. Policy No. P104-1535 F681342. Primary Insured: Henry Thompson, 3320 Huntley Square Dr Apt A1, Temple Hills MD 20748-6241. Date of Birth: 7/9/69. Male. Phone Number: (301) 899-8192. Beneficiary: Mozella Jones. Relationship: Wife. Non-Smoker, $100,000 coverage selected. Signed 10/10/00.]

Enrir400                                                                    Page 15 of 65