IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | x | |
| Plaintiff, | : | |
| v. | : | Civil No.1:05CVO1986<br>Judge Henry H. Kennedy |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, ET. AL., | : | |
| Defendants. | : | |
| _____ | x | |

## **O R D E R**

Upon consideration of the Motion to Reconsider Interpleador and for other relief, it is this

_____ day of _____, 2006

**ORDERED,** that the attorney's fees requested by Hartford Insurance Company is denied; and it is further

**ORDERED,** that all *guardian ad litem* .costs including attorney's fees regarding the appointment of a *guardian ad litem* are to be paid by Hartford Insurance Company; and it is further

**ORDERED,** that the request for attorney's fees from Mozella Jones is taken under advisement; and it is further

**ORDERED,** that the interpleador .is dismissed.

_____
JUDGE

*Copies to:*

Julie Quagliano, Esq.
2620 P Street, N.W.
Washington, D.C. 20007

Mary Zinsner, Esq.
International Drive, Suite 600
McLean, VA  22102

Warren E. Gorman, Esq.
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815