IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:05CV01986-HHK |
| | ) | **Next-Scheduled Court Event: Status** |
| HARTFORD LIFE AND ACCIDENT | ) | **Conference on December 15, 2006** |
| INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO EXTEND THE TIME FOR FILING AND SERVING ITS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOZELLA JONES'S MOTION TO DISMISS HARTFORD'S COUNTERCLAIM FOR INTERPLEADER**

Hartford Life and Accident Insurance Company ("Hartford"), by its counsel, and with the consent of Mozella Jones, by her counsel, hereby moves this Court to extend the time for Hartford to file and serve its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) until September 11, 2006. A proposed order is attached as **Exhibit 1.**

STATEMENT OF POINTS AND AUTHORITIES

1.  On August 7, 2006, Mozella Jones ("Jones") filed a "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) (hereinafter the "Motion to Dismiss").

2.  The current deadline under Local Rule 7(b) and Rule 6(e) of the Federal Rules of Civil Procedure for Hartford to file and serve its memorandum of points and authorities in opposition to the Motion to Dismiss, which is August 21, 2006, has not yet expired. No

previous extension of the response deadline has been requested by Hartford, and the requested extension will not materially affect any other deadlines in this case.

3.  Rule 6(b) of the Federal Rules of Civil Procedure provides that, "[w]hen by these rules or by a notice give thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion … order the period enlarged if request therefor is made before the expiration of the period originally prescribed."

4.  Jones and Hartford have reached a tentative settlement in this matter and are in the process of finalizing and documenting their agreement. The twenty-one day extension requested in this motion is necessary to prevent the Motion to Dismiss from being treated by the Court as conceded under Local Rule 7(b) while the parties finalize their settlement and prepare their dismissal pleadings.

5.  Good cause therefore exists for the Court to extend the time within which Hartford may respond to the Motion to Dismiss.

6.  Pursuant to Local Rule 7(m), counsel for Hartford has conferred with counsel for Mozella Jones and reports that this Motion is not opposed by Mozella Jones.

WHEREFORE, Hartford requests that the Court grant its motion and enter an Order enlarging the time within which it may file and serve its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) until September 11, 2006.

                    HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

                    By       /s/ Mary C. Zinsner
                            Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia  23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

      Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of August 2006, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**

and

Aaron L. Handleman, Esquire
Justin Michael Flint, Esquire
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.**
**and Association Group Insurance Administrators**

_____/s/ Mary C. Zinsner_____

#1529363