IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES,        )<br>                          )<br>    Plaintiff,         )<br>                          )<br>v.                        )<br>                          )<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, *et al.*,  )<br>                          )<br>    Defendants.       )| CIVIL NO. 1:05CV01986-HHK<br>**Next-Scheduled Court Event:  Status Conference on December 15, 2006** |

**SECOND CONSENT MOTION OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO EXTEND THE TIME FOR FILING AND SERVING ITS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOZELLA JONES'S MOTION TO DISMISS HARTFORD'S COUNTERCLAIM FOR INTERPLEADER**

Hartford Life and Accident Insurance Company ("Hartford"), by its counsel, and with the consent of Mozella Jones, by her counsel, hereby moves this Court to further extend the time for Hartford to file and serve its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) until September 25, 2006.  A proposed order is attached as **Exhibit 1.**

### STATEMENT OF POINTS AND AUTHORITIES

1. On August 7, 2006, Mozella Jones ("Jones") filed a "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) (hereinafter the "Motion to Dismiss").

2. On August 17, 2006, Hartford file its Consent Motion to Extend the Time for Filing and Serving its Memorandum of Points and Authorities in Opposition to Mozella

Jones's Motion to Dismiss Hartford's Counterclaim for Interpleader (Docket No. 32). The Court granted Hartford's consent motion by Minute Order entered August 18, 2006.

      3.      The current deadline under the Court's Minute Order for Hartford to file and serve its memorandum of points and authorities in opposition to the Motion to Dismiss, which is September 11, 2006, has not yet expired. Only the aforementioned extension of the response deadline has been previously requested by Hartford, and the additional extension requested herein will not materially affect any other deadlines in this case.

      4.      Rule 6(b) of the Federal Rules of Civil Procedure provides that, "[w]hen by these rules or by a notice give thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion … order the period enlarged if request therefor is made before the expiration of the period originally prescribed."

      5.      As stated in Hartford's previous consent motion, Jones and Hartford have reached a tentative settlement in this matter and are in the process of finalizing and documenting their agreement. Since Hartford's previous consent motion, settlement documents have been drafted, but additional time is needed for those documents to be approved and executed. The additional extension of fourteen days requested in this motion is therefore necessary to prevent the Motion to Dismiss from being treated by the Court as conceded under Local Rule 7(b) while the parties conclude their settlement and prepare their dismissal pleadings.

      6.      Good cause therefore exists for the Court to extend the time within which Hartford may respond to the Motion to Dismiss.

7. Pursuant to Local Rule 7(m), counsel for Hartford has conferred with counsel for Mozella Jones and reports that Mozella Jones, by counsel, consents to the extension requested in this motion.

WHEREFORE, Hartford requests that the Court grant its motion and enter an Order enlarging the time within which it may file and serve its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30) until September 25, 2006.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

By _____/s/ Mary C. Zinsner_____
      Of Counsel

Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340
mary.zinsner@troutmansanders.com

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
andrew.sherrod@troutmansanders.com

Counsel for Hartford Life & Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of September, 2006, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
**Counsel for Plaintiff Mozella Jones**

and

Julie Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
**Counsel for Defendant PAS Financial Group, Inc.**

and

Aaron L. Handleman, Esquire
Justin Michael Flint, Esquire
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.**
**and Association Group Insurance Administrators**

_____/s/ Mary C. Zinsner_____