IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOZELLA D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:05CV01986-HHK |
| | ) | **Next-Scheduled Court Event: Status** |
| HARTFORD LIFE AND ACCIDENT | ) | **Conference on December 15, 2006** |
| INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the second consent motion of Hartford Life and Accident Insurance Company ("Hartford") to extend the time for filing and serving its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30). Upon consideration of Hartford's motion and the points and authorities contained therein, and for good cause shown, it is hereby

ORDERED that Hartford's motion shall be, and hereby is, GRANTED, and that Hartford shall have up to and including September 25, 2006, to file and serve its memorandum of points and authorities in opposition to Mozella Jones's "Motion to Dismiss Interpleador Based on Newly Discovered Evidence and for Other Relief" (Docket No. 30).

ENTERED:      /          /

_____
U. S. District Judge

Copies to:

Mary C. Zinsner, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, Esquire
Andrew P. Sherrod, Esquire
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339
**Counsel for Hartford Life and Accident Insurance Company**

Warren E. Gorman, Esquire
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD  20815
(301) 654-5757
FAX:  (301) 654-2245
**Counsel for Plaintiff Mozella D. Jones**

Julie A. Quagliano, Esquire
Michael C. Zisa, Esquire
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C.  20007
(202) 298-7612
FAX (202) 298-7897
**Counsel for Defendant PAS Financial Group**

Aaron L. Handleman, Esquire
Justin Michael Flint, Esquire
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.**
**and Association Group Insurance Administrators**

2