IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOZELLA D. JONES, | ) |
|       Plaintiff, | ) |
| v. | ) CIVIL NO. 1:05CV01986-HHK |
| | ) **Next-Scheduled Court Event: Status** |
| HARTFORD LIFE AND ACCIDENT | ) **Conference on December 15, 2006** |
| INSURANCE COMPANY, | ) |
| A.G.I.A., INC., | ) |
| ASSOCIATION GROUP INSURANCE ADMINISTRATORS, | ) |
| PAS FINANCIAL GROUP, INC., and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
|       Defendants. | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
|       Counterclaimant, | ) |
| v. | ) |
| MOZELLA D. JONES, | ) |
| DERRELL F. THOMPSON, | ) |
| T.J. (a/k/a T.T.), an infant, | ) |
| D.T., an infant, and M.T., an infant., | ) |
|       Counterclaim Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, and with the consent of all parties who have appeared herein as evidenced by the signatures of their counsel below, Plaintiff Mozella D. Jones, by her counsel, and Counterclaimant Hartford Life and Accident Insurance Company, by its counsel, hereby stipulate to the dismissal <u>with prejudice</u> of the above-captioned action.

Respectfully submitted,

/s/ Warren E. Gorman
Warren E. Gorman, D.C. Bar No. 172213
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD 20815
(301) 654-5757
FAX (301) 654-2245
**Counsel for Plaintiff/Counterclaim Defendant**
**Mozella D. Jones**


/s/ Mary C. Zinsner
Mary C. Zinsner, DC Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
FAX (703) 734-4340

David E. Constine, III, VA State Bar No. 23223
Andrew P. Sherrod, VA State Bar No. 45854 (admitted *pro hac vice*)
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
(804) 697-1200
FAX (804) 697-1339
**Counsel for Defendant/Counterclaimant**

**Hartford Life and Accident Insurance Company**


/s/ Aaron L. Handleman
Aaron L. Handleman, D.C. Bar No. 48728
Justin Michael Flint, D.C. Bar No. 491782
Eccleston & Wolf, P.C.
2001 S Street, NW, Suite 310
Washington, DC 20009
(202) 857-1696
FAX (202) 857-0762
**Counsel for Defendants A.G.I.A., Inc.
and Association Group Insurance Administrators**


/s/ Julie A. Quagliano
Julie Ann Quagliano, D.C. Bar No. 393428
Michael C. Zisa, D.C. Bar No. 467724
Quagliano & Seeger, PC
2620 P Street, NW
Washington, DC 20007
(202) 822-8838
FAX (202) 822-6982
**Counsel for Defendant PAS Financial Group, Inc.**


1533623